**No. 11-5918. Mitchell Craig Blocker, Petitioner v. Mike Martell, Warden.**

565 U.S. 966, 132 S. Ct. 461, 181 L. Ed. 2d 301, 2011 U.S. LEXIS 7524.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5920. Alan Pearson, Petitioner v. Trinity Yachts, et al.**

565 U.S. 967, 132 S. Ct. 461, 181 L. Ed. 2d 301, 2011 U.S. LEXIS 7476.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 11-5922. Roger Arias, Petitioner v. Texas.**

565 U.S. 967, 132 S. Ct. 461, 181 L. Ed. 2d 301, 2011 U.S. LEXIS 7542.

October 17, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fourth District, denied.

**No. 11-5933. Taylor Glenn Wells, Petitioner v. Florida.**

565 U.S. 967, 132 S. Ct. 462, 181 L. Ed. 2d 301, 2011 U.S. LEXIS 7465.

October 17, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 64 So. 3d 1279.

**No. 11-5961. Rickey Todd Major, Petitioner v. E. K. McDaniel, Warden.**

565 U.S. 967, 132 S. Ct. 462, 181 L. Ed. 2d 301, 2011 U.S. LEXIS 7584.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 436 Fed. Appx. 805.

**No. 11-5977. Nick Bradley Mennick, Petitioner v. Jeff Zmuda, Warden.**

565 U.S. 967, 132 S. Ct. 462, 181 L. Ed. 2d 301, 2011 U.S. LEXIS 7563.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 438 Fed. Appx. 564.

**No. 11-5979. Evivian Sanchez, Petitioner v. Suffolk County Probation Department.**

565 U.S. 967, 132 S. Ct. 462, 181 L. Ed. 2d 301, 2011 U.S. LEXIS 7546,

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-5994. Zoanne Zeininger, Petitioner v. Massachusetts.**

565 U.S. 967, 132 S. Ct. 462, 181 L. Ed. 2d 301, 2011 U.S. LEXIS 7499.

October 17, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 459 Mass. 775, 947 N.E.2d 1060.